# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CHAD ASHLEY ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:17-CV-207(MTT) |
| | ) |
| Commissioner GREGORY DOZIER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting in part and denying in part Defendant Bryson's motion to dismiss (Doc. 46) and granting the motion to dismiss of Defendants Bishop, Cannon, Chatman, Davis, Dozier, Logan, McCloud, Powell, Sellers, Shepard, and Logan (Doc. 34) so that (1) the Plaintiff's due process claim against Defendant Bryson be dismissed without prejudice but his retaliation claim against Defendant Bryson proceed; (2) the Plaintiff's official capacity damages claims be dismissed; (3) the Plaintiff's requests for compensatory and punitive damages be dismissed and he be limited to nominal damages; and (4) the Plaintiff's requests for injunctive relief be dismissed.  Doc. 54.  The Plaintiff has objected to the Recommendation.  Doc. 55.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's objection and made a *de novo* determination of the portions of the Recommendation to which the Plaintiff objects.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 54) is

**ADOPTED** and made the order of the Court.  Accordingly, the motions to dismiss (Docs. 34; 46) are **GRANTED in part** and **DENIED in part** so that that (1) the Plaintiff's due process claim against Defendant Bryson be dismissed without prejudice but his retaliation claim against Defendant Bryson proceed; (2) the Plaintiff's official capacity damages claims be dismissed; (3) the Plaintiff's requests for compensatory and punitive damages be dismissed and he be limited to nominal damages; and (4) the Plaintiff's requests for injunctive relief be dismissed.

**SO ORDERED**, this 17th day of September, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT